UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Kosnicki, Alexander | Docket No. | 0980 2:23CR00003-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alexander Kosnicki, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 8th day of February 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 1, 2023, Mr. Kosnicki and the undersigned officer reviewed the conditions of pretrial release supervision. Mr. Kosnicki acknowledged an understanding of the release conditions at that time.

**Violation #1:** Alexander Kosnicki is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of norfentanyl on May 4, 2023.

On May 4, 2023, Mr. Kosnicki submitted to urinalysis at Spokane Addiction and Recovery Center (SPARC), as a requirement of his substance abuse treatment at that agency. Subsequently, the urine specimen was sent to Cordant Health Solutions (Cordant) for further analysis.

On May 15, 2023, Cordant confirmed the above-noted urine sample tested positive for the presence of norfentanyl. Norfentanyl is a metabolite of fentanyl.

On May 19, 2023, the undersigned officer spoke to Mr. Kosnicki about the above-noted drug test. Mr. Kosnicki stated he had been around people ingesting fentanyl, but denied ingesting the substance.

**Violation #2:** Alexander Kosnicki is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of norfentanyl on June 22, 2023

On June 22, 2023, Mr. Kosnicki submitted to urinalysis at Spokane Addiction and Recovery Center (SPARC), as a requirement of his substance abuse treatment at that agency. Subsequently, the urine specimen was sent to Cordant Health Solutions (Cordant) for further analysis.

On July 10, 2023, Cordant confirmed the above-noted urine sample tested positive for the presence of norfentanyl. Norfentanyl is a metabolite of fentanyl.

On July 19, 2023, the undersigned officer spoke to Mr. Kosnicki about the above-noted drug test. Mr. Kosnicki stated he had been staying at a residence where people were ingesting fentanyl, but denied ingesting the substance.

The undersigned officer spoke with Mr. Kosnicki's substance abuse counselor at SPARC on or about July 24, 2023. The counselor voiced concerns about the accuracy of the urine specimens referred to in violations 1 and 2. He advised Mr. Kosnicki has attended all substance abuse treatment groups and will remain at the same level of treatment despite testing positive for the presence of norfentanyl on two occasions.

It should be noted that since being released onto pretrial release supervision, Mr. Kosnicki has submitted to multiple drug tests with the vendor contracted with the U.S. Probation Office, as well as sweat patch testing, with negative results.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 4, 2023

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 4, 2023
Date