PS 8
(3/15)

Case 2:23-cr-00003-TOR   ECF No. 69   filed 09/12/23   PageID.418   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Kosnicki, Alexander      Docket No.      0980 2:23CR00003-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alexander Kosnicki, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 8th day of February 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 1, 2023, Mr. Kosnicki and the undersigned officer reviewed the conditions of pretrial release supervision. Mr. Kosnicki acknowledged an understanding of the release conditions at that time.

**Violation #1:** Alexander Kosnicki allegedly violated the conditions of pretrial release supervision by admitting to ingesting cocaine on or about August 23, 2023.

On August 28, 2023, Mr. Kosnicki reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of cocaine. Subsequently, Mr. Kosnicki signed a substance abuse admission form acknowledging his use of cocaine.

On September 6, 2023, the undersigned officer confronted Mr. Kosnicki about the above-noted admission of cocaine use. Mr. Kosnicki advised he was experiencing stressors due to his struggles in obtaining employment. Mr. Kosnicki admitted he chose to smoke cocaine, on or about August 23, 2023, to deal with his stress.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | by | Executed on:    September 12, 2023 |
|  |  | s/Erik Carlson |
|  |  | Erik Carlson<br>U.S. Pretrial Services Officer |

**Re: Kosnicki, Alexander**
**September 12, 2023**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

9/12/23
_____
Date