# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2023**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Kosnicki, Alexander | Docket No. | 0980 2:23CR00003-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alexander Kosnicki, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 8th day of February 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 1, 2023, Mr. Kosnicki and the undersigned officer reviewed the conditions of pretrial release supervision. Mr. Kosnicki acknowledged an understanding of the release conditions at that time.

**Violation #1:** Alexander Kosnicki is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of cocaine on November 27, 2023.

On November 27, 2023, Mr. Kosnicki reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of cocaine. Mr. Kosnicki signed a substance abuse admission form acknowledging he used cocaine on or about "Thursday/Friday" but did not specify the dates. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere).

On December 4, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of cocaine.

On December 5, 2023, Mr. Kosnicki and the undersigned officer discussed his use of cocaine. Mr. Kosnicki acknowledged he ingested cocaine on or about November 23, 2023.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |  |
|---|---|---|
|  | | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | | Executed on:    December 6, 2023 |
|  | by | s/Erik Carlson |
|  | | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Kosnicki, Alexander**
**December 6, 2023**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*[signature]*

Signature of Judicial Officer

12/12/23

Date